E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**19-C-05322-S4**
7/23/2019 3:11 PM

*[signature]*
CLERK OF STATE COURT

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**Kennette Reed as Surviving Spoud and Administrator of the Estate of Edd Lee Reed**

PLAINTIFF

CIVIL ACTION NUMBER: 19-C-05322-S4

VS.

**Eastside Medical Center, Inc.;**

**LP Atlanta, LLC d/b/a/ Signature Healthcare of Atlanta, Et al.**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: L P O Holdings, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Camille Godwin
Eric J. Hertz, PC
8300 Dunwoody Place, Suite 210
Atlanta, Georgia 30350

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 23rd day of July, 2019.

Richard T. Alexander, Jr.,
Clerk of State Court

By *[signature]* Nichole Norton
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

# EXHIBIT 4

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**19-C-05322-S4**
**7/23/2019 3:11 PM**
CLERK OF STATE COURT

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**Kennette Reed as Surviving Spoud and Administrator of the Estate of Edd Lee Reed**

PLAINTIFF

CIVIL ACTION NUMBER: **19-C-05322-S4**

VS.

**Eastside Medical Center, Inc.;**

**LP Atlanta, LLC d/b/a/ Signature Healthcare of Atlanta, Et al.**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: *Signature Healthcare Consulting Services, LLC*

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Camille Godwin
Eric J. Hertz, PC
8300 Dunwoody Place, Suite 210
Atlanta, Georgia 30350

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This *23rd* day of **July**, 20**19**.

Richard T. Alexander, Jr.,
Clerk of State Court

By *Nichole Norton*
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Copy from re:SearchGA

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**19-C-05322-S4**
**7/23/2019 3:11 PM**

CLERK OF STATE COURT

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

**Kennette Reed as Surviving Spoud and Administrator of the Estate of Edd Lee Reed**

PLAINTIFF

CIVIL ACTION NUMBER: **19-C-05322-S4**

VS.

**Eastside Medical Center, Inc.;**

**LP Atlanta, LLC d/b/a/ Signature Healthcare of Atlanta, Et al.**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: *Signature Healthcare Clinical Consulting Services, LLC*

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Camille Godwin
Eric J. Hertz, PC
8300 Dunwoody Place, Suite 210
Atlanta, Georgia 30350

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _23rd_ day of **July**, 20**19**.

Richard T. Alexander, Jr.,
Clerk of State Court

By _Nichole Norton_
Deputy Clerk

**INSTRUCTIONS**: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Copy from re:SearchGA

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**19-C-05322-S4**
**7/23/2019 3:11 PM**

CLERK OF STATE COURT

# IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

**Kennette Reed as Surviving Spoud and Administrator of the Estate of Edd Lee Reed**

CIVIL ACTION NUMBER: **19-C-05322-S4**

PLAINTIFF

VS.

**Eastside Medical Center, Inc.;**

**LP Atlanta, LLC d/b/a/ Signature Healthcare of Atlanta, Et al.**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: Eastside Medical Center, Inc.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Camille Godwin
Eric J. Hertz, PC
8300 Dunwoody Place, Suite 210
Atlanta, Georgia 30350

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 23rd day of July, 2019.

Richard T. Alexander, Jr.,
Clerk of State Court

By _Nichole Norton_
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Copy from re:SearchGA